**Electronically Filed
Supreme Court
SCPW-13-0000402
20-MAY-2013
02:36 PM**

SCPW-13-0000402

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MICHAEL C. TIERNEY, Petitioner,

vs.

BERT Y. MATSUOKA, CHAIR, JOYCE MATSUMORI-HOSHIJO,
MICHAEL A. TOWN, ANNELLE C. AMARAL, FITUINA F. TUA,
OF THE HAWAIʻI PAROLING AUTHORITY, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's motion for reconsideration of the April 24, 2013 order denying his petition for a writ of mandamus, which was electronically filed by the appellate clerk on May 8, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 20, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

